[No. 40093-6-II.   Division Two.   June 28, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN ANTHONY NIEMI, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-01463-2, Richard C. Adamson, J. Pro Tem., entered December 2, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, C.J., concurred in by Hunt and Worswick, JJ.

[No. 40276-9-II.   Division Two.   June 28, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRYL KOENEN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 09-1-00122-5, Jeanette Dalton, J., entered January 8, 2010. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Hunt and Worswick, JJ.

[No. 40286-6-II.   Division Two.   June 28, 2011.]

JEFFERY McKEE, *Appellant*, v. KITSAP COUNTY PROSECUTOR'S OFFICE, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-14012-5, Katherine M. Stolz, J., entered January 8, 2010. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Van Deren and Johanson, JJ.

[No. 40300-5-II.   Division Two.   June 28, 2011.]

*In the Matter of the Marriage of* McKAYLA SMITH, *Appellant*, and MATTHEW SMITH, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 06-3-00268-7, David L. Edwards and F. Mark McCauley, JJ., entered February 5, 2010. *Reversed* and *remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Johanson, J.